USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH KUZNIEWSKI, an individual,<br><br>Plaintiff,<br><br>-against-<br><br>SHARKNINJA OPERATING, LLC, a Massachusetts Limited Liability Company,<br><br>Defendant. | 1:25-cv-04842-MKV<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the Parties' joint letter, [ECF No. 28], as well as Defendant's requests for pre-motion conferences concerning anticipated motions, [ECF Nos. 25, 26, 27]. The requests for pre-motion conferences are DENIED, and the conference scheduled in this matter for April 8, 2026, is ADJOURNED.

Defendant shall file its contemplated motions for summary judgment and to exclude the report and testimony of Plaintiff's expert within thirty days. Thereafter, briefing shall occur on the schedule contemplated by Local Rule 6.1.

The Clerk of Court is respectfully requested to terminate docket entries twenty-five, twenty-six, and twenty-seven.

**SO ORDERED.**

**Date: April 2, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**