USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2026



Joseph A. Iemma
1 Rockefeller Plaza
Suite 2801
New York, NY 10020
**t** 212-989-8844
**d** 212.779.6104
**f** 929-501-5455
jiemma@shb.com

May 4, 2026

**BY ECF**
Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, New York 10007

   Re: *Kuzniewski v. SharkNinja Operating LLC*
     Case No.: 1:25-cv-04842 (MKV)
     **Letter Requesting Authorization to Submit Video**

Dear Judge Vyskocil:

  We write on behalf of Defendant SharkNinja Operating LLC ("SharkNinja"), pursuant to Rule 2.B of Your Honor's Individual Practices, to request approval to electronically submit a video file that is part SharkNinja's expert report of Dr. Bryson Brewer ("Brewer Report"). The Brewer Report was filed as an exhibit in support of SharkNinja's motion for summary judgment and motion to exclude expert testimony of Mingxi Zheng.

  We thank the Court in advance for its time and consideration.

          Respectfully submitted,

          *Joseph A. Iemma*

          Joseph A. Iemma

cc:  Counsel for Plaintiff via ECF

**Granted. SO ORDERED.**
Defendant is directed to submit the video file to Chambers on a USB flash drive by May 8, 2026.

Date: 5/5/2026
New York, New York

        Mary Kay Vyskocil
        United States District Judge